Your name: Anthony Ferrantino
Address: 1331 Crane St., Apt. # 402
Menlo Park, CA 94025
Phone Number: 650-614-0846
E-mail Address: _____
Pro se Plaintiff

FILED
OCT 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

ANTHONY FERRANTINO

Plaintiff,

vs.

CRANE PLACE

Defendant.

Case Number: 4: 19-cv-06383-DMR

**NOTICE OF VOLUNTARY DISMISSAL OF**

[check one]

☒ **THIS ENTIRE CASE**

☐ **ONLY DEFENDANT** [name]

Hon. Donna M. Ryu

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: October 10, 2019    Sign Name: [signature]

Print Name: Anthony Ferrantino

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4: 19-cv-06383-DMR                                    [JDC TEMPLATE]